UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADNEY NAPIER,
    Plaintiff,

v.

Case No. 5:17-cv-13826-JEL-RSW
Hon. Judith E. Levy
Mag. J.: R. Steven Whalen

EQUIFAX INFORMATION SERVICES, LLC et al.,
    Defendants.
_____

**<u>STIPULATION AND ORDER OF DISMISSAL AS TO
DEFENDANT FRANKLIN COLLECTION SERVICE, INC., ONLY
WITH PREJUDICE AND WITHOUT FEES OR COSTS</u>**

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Franklin Collection Service, Inc., only, with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Gary D. Nitzkin | /s/ Charity Olson |
| Gary D. Nitzkin (P41155) | Charity Olson (P68295) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 2723 S. State St. Ste. 150 |
| Southfield, Michigan 48034 | Ann Arbor, Michigan 48104 |
| (248) 353-2882 | (734)222-5179 |
| gary@crlam.com | charity.olson@brockandscott.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADNEY NAPIER,

    Plaintiff,                                 Case No:17-13826
                                                Hon. Judith E. Levy
-vs.-                                      Mag J.: R. Steven Whalen

EQUIFAX INFORMATION SERVICES, LLC, et al.

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO DEFENDANT FRANKLIN COLLECTION SERVICE, INC., ONLY

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Franklin Collection Service, Inc., is hereby dismissed with prejudice and without fees or costs to either party.

Dated: September 19, 2018                 s/Judith E. Levy
      Ann Arbor, MI                        JUDITH E. LEVY
                                               United States District Judge